# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### 3:12cv426

| | |
|---|---|
| **FIDELITY AND DEPOSIT COMPANY OF MARYLAND,** ) ) ) | |
| **Plaintiff,** ) ) | **ORDER ON** |
| Vs. ) ) | **DEFAULT JUDGMENT** |
| **MILES BUILDERS, INC., et al,** ) ) | |
| **Defendants.** ) ) | |

THIS MATTER having been commenced by the filing of plaintiff Fidelity and Deposit Company of Maryland's ("Fidelity") Complaint in this court on July 16, 2012, and defendants Miles Builders, Inc., Douglas R. Miles, Linda P. Miles, D. Michael Miles, and Tracie W. Miles having each been individually served with the Complaint on July 19 and having failed to appear or answer the Complaint; and

This action having proceeded and Clerk of this court having granted an Entry of Default on September 7, 2012, and this court having granted Fidelity's Motion for Default Judgment based on Fed. R. Civ. P. 55(b)(2);

NOW, THEREFORE, judgment shall enter in favor of Fidelity and against defendants Miles Builders, Inc., Douglas R. Miles, Linda P. Miles, D. Michael Miles, and Tracie W. Miles, jointly and severally, in the amount of $876,835.40. Fidelity also seeks to recover its costs, and pursuant to 28 U.S.C. § 1924 and the Local Rules, Fidelity can petition the Clerk of Court for such relief.

Signed: September 30, 2012

Max O. Cogburn Jr.
United States District Judge