# United States District Court
# For The Western District of North Carolina
# Charlotte Division

FIDELITY AND DEPOSIT
COMPANY OF MARYLAND,

        Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                3:12cv426

MILES BUILDERS, INC., et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2012 Order.

Signed: October 1, 2012

Frank G. Johns, Clerk
United States District Court